No.# 1279130-A

82,727
RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 02 2015

Dear, The Court of Criminal Appeals of Texas.
I Roland Kalvin O'Neal AKA Rollin Calvin Gabriel (Applicant)
Come here today. Asking the Court of Criminal Appeals for
Relief in this Letter/Motion/Mandamus. May the Courts
Please hear the facts of the case.

## I.

(A). On June 27, 2012, Applicant O'Neal was convicted of first Degree
Murder and sentenced to 60 years in TDCJ. from the 232nd
District Court Room. of Harris County, Tx.

(B). On October 29, 2013. Applicant conviction was Affirmed.
O'Neal v. State, No. 01-12-00638-CR 2013 WL 5820547 (Tex. App.
- Houston [1st Dist.] October 29, 2013. No Pet. h.)

(C). On June 12, 2014. App. Filed His writ of Hebeas Corpus 11.07 Appli-
- cation. under No. 1279130-A in the 232nd Dist. court of Harris
County Texas.

## II.

(A). On July 9, 2014, the State Filed their Brief. "STATE'S ORIGINAL
Answer.

(B) On July 11, 2014, the State "ORDERED"; A" STATE'S PROPOSED
ORDER DESIGNATING ISSUES AND FOR FILING AFFIDAVIT."

(C) That ORDER WAS for Applicant TRIAL Counsel. "Mr. Patrick Ruzzo"
DUE TO the APP. 2nd. Ground of His 11.07 writ. of Ineffective
Asst. of Counsel. May I NOTE: the Court gave Mr. Ruzzo a
20 DAY TIME frame TO RESPOND. No RESPOND!

## III.

(A) Applicant FILED (4) Motion's. 1st Default Judgement. 11.28.14, 2nd, Motion
TO Proceed. 3rd Contempt-Rule 37 Sanctions, and the 4th was; To be
ORDERED BACK ON BENCH WARRENT. 6.25.15. (For Dates of Motion to
Proceed 4.6.15 and motion on Contempt-Rule 37 Sanction 5.5.15).
PLEASE NOTE: APP. O'NEAL HAVE NOT HEARD ANYTHING
FROM the County Clerk, Judge, or Any
one About His Motion's Been Filed,
STAMPED or RECEIVED. No RESPOND!

## IV.

Applicant O'Neal. Asking The Court of Criminal Appeal. To Enforce the Law of Contempt. Due to the Facts Shown thru this Letter/Motion/Mandamus. Also The Facts of Law. Texas Law.

W.T.D Contempt ∞ (key) 19-21, W.T.D Contempt ∞ (key) 53-66, Also see. Brazzell V. State, 481 S.w. 2d. 130 and See. 838. S.w. 2d 331. As well See the History of CCP art. 24A. 003: Acts 2007, 80th Leg., Ch. 1291. §2. eff. Sept. 1 2007. for Violating or Disobeying Subpoena, warrant or "ORDER".

Due to the Texas Law Applicant O'Neal. Is Asking for the Higher courts. The Court of Criminal Appeal of Texas to Give Him Relief. In His Claim of Facts.

### PRAYER's

I Roland Balvin O'Neal AKA Rollin Calvin O'Neal. Come in Prayer to the Higher Courts. The Court of Criminal Appeal. of Texas, to Help me And Relief in my Claims of Facts. From the Lower Courts. District Courts. Please and Thank you. GOD BLESS.

Sian Rollin Celvin O'Neal    Date 8/25/15

Respectfully

8/25/15

Returning Address
Roland K. O'Neal AKA Rollin C. O'Neal
TDCJ# 1706881
Coffield Unit
2661 FM 2054
Tennesses Colony Tx. 75884